### STATE OF CONNECTICUT *v.* ERIC J. YERKES
### (13778)

DUPONT, C. J., and LANDAU and SCHALLER, Js.

Argued February 21—decision released April 4, 1995

*Bruce A. Sturman,* public defender, for the appellant (defendant).

*John P. Gravalec-Pannone,* assistant state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.